CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BONNIE SUE HALL,** | ) | |
| Petitioner, | ) | Civil Action No. 7:08-cv-00172 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **BARBARA J. WHEELER,** | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; and the petition for writ of habeas corpus filed by Hall is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER:** This 13th day of August, 2008.

/s/ Glen E. Conrad
United States District Judge